# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSECO LIFE INSURANCE COMPANY, ) <br> ) <br>             Plaintiff, ) <br> v. ) <br> ) <br> DONNA GOMEZ, BRENDA AHL, ) <br> ) <br>             Defendants. ) <br> ) | Civil No.07cv1655 WQH (NLS) <br><br> **ORDER GRANTING EX PARTE APPLICATION TO AMEND THE SCHEDULING ORDER** <br><br> [Doc. No. 16] |

Defendant Donna Gomez filed an ex parte application to continue certain dates in the Court's October 29, 2007 Scheduling Order. She says good cause exists to grant the application because Plaintiff may be discharged from the matter shortly and the other defendant, who is currently proceeding pro se, may soon be retaining counsel. The application is unopposed. For good cause appearing, the Court **GRANTS** the application and **ORDERS**:

    1.    The Rule 26(f) conference shall be completed on or before ***December 15, 2007***.

    2.    The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before ***December 28, 2007***.

    3.    Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be *filed* on or before ***December 28, 2007***.

/ / /

/ / /

/ / /

1    4.     All other provisions of the Court's October 29, 2007 Scheduling Order shall remain in
2 full force and effect.
3        **IT IS SO ORDERED.**
4 DATED: November 30, 2007

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge