# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSECO LIFE INSURANCE COMPANY,<br><br>                                    Plaintiff,<br>vs.<br>DONNA GOMEZ; BRENDA AHL,<br><br>                                   Defendants. | CASE NO. 07cv1655 WQH (NLS)<br><br>**ORDER** |

HAYES, Judge:

      The Motion to Substitute Attorney (Doc. # 21) filed by Defendant Brenda Ahl is **GRANTED.** Richard R. Leuthold, State Bar Number 52980, 12625 High Bluff Drive, Suite 306, San Diego, CA 92130, Telephone: (858) 792-7070, is substituted as Defendant Brenda Ahl's legal representation in the place of Brenda Ahl representing herself pro se.

DATED: March 25, 2008

                                                      *William Q. Hayes*
                                            **WILLIAM Q. HAYES**
                                            United States District Judge