# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANSECO LIFE INSURANCE COMPANY, | CASE NO. 07cv1655 WQH (NLS) |
| Plaintiff, | **ORDER** |
| vs. | |
| DONNA GOMEZ, BRENDA AHL, | |
| Defendants. | |

HAYES, Judge:

The "Joint Motion to Dismiss and Stipulation and Order to Disburse Interpleaded Funds" (Doc. # 26) is **GRANTED.**

IT IS HEREBY ORDERED that the Clerk of the Court shall issue payment out of the interpleaded funds of the sum of One Thousand Dollars ($1,000.00) to Brenda Ahl.  The check shall be made payable to Richard R. Leuthold Client Trust and mailed to Richard R. Leuthold, Esq. at the following address: Hacienda Corporate Center, 12625 High Bluff Dr., Ste. 306, San Diego, CA 92130-2054.

IT IS FURTHER ORDERED that the Clerk of the Court shall issue payment of the interpleaded funds the remaining balance of the interpleaded funds including accrued interest to Donna Gomez, believed to be in excess of Fifty Thousand Two Hundred Ninety-Nine Dollars and Ten Cents ($50,299.10).  The check shall be made payable to Arena & Schnitzer Client Trust and mailed to Gregory A. Schnitzer, Esq. at the following address: Arena & Schnitzer, APLC, 110 West "C" St., Ste. 1709, San Diego, CA 92101.

1    IT IS FURTHER ORDERED that the above-captioned action is **DISMISSED with prejudice.**

2

3    DATED:  October 6, 2008

4                                                    *William Q. Hayes*

5                                              **WILLIAM Q. HAYES**
                                              United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28